UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FIRST NATIONAL INSURANCE
COMPANY OF AMERICA,

        Plaintiff,

  v.

JURIN CONSTRUCTION, INC.,
et. al.,

        Defendants.

NO. CIV. S-09-1275 FCD KJM

ORDER

----oo0oo----

The court is in receipt of defendants' Ronald R. Jurin, Wendy M. Jurin and Jurin Construction, Inc., "Answer to Complaint" [Docket #29], filed by Ronald R. Jurin, Wendy M. Jurin and Jurin Construction, Inc. in propria persona.  It is well established that "a corporation may appear in the federal courts *only through licensed counsel*." Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993) (emphasis added).  Because no licensed counsel has appeared for the corporate defendant, there has been no proper appearance by defendant Jurin Construction, Inc.  Accordingly, the "Answer to Complaint" [Docket #29] is STRICKEN as to defendant Jurin Construction, Inc.  Defendant

1  Jurin Construction, Inc is granted ten (10) days from the
2  issuance of this order to properly appear in this action through
3  licensed counsel.
4       IT IS SO ORDERED.
5  DATED: June 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE