1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10  FIRST NATIONAL INSURANCE
    COMPANY OF AMERICA,
11                                          No. CIV. S-09-1275 FCD KJM

12          Plaintiff,

13      v.

14  JURIN CONSTRUCTION                       **O R D E R**
    INC., et. al.,
15
            Defendants.
16  _____/

17          The defendants in this matter, Ronal R. Jurin, Wendy M. Jurin, are now appearing in

18  propria  persona.  Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate

19  Kimberly J. Mueller for all pretrial scheduling and proceedings.

20          IT IS ORDERED that the hearing currently set for June 26, 2009 for Plaintiff's Motion

21  for Writ of Possession will be heard at 10:00 a.m. in Courtroom #26 before Magistrate Judge

22  Kimberly J. Mueller.

23          IT IS FURTHER ORDERED that all future documents filed in the above-captioned case

24  shall reference the following case number: **CIV S-09-1275 FCD KJM PS**.

25  DATED:  June 25, 2009

26
27
28
                                            _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE