IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIRST NATIONAL INSURANCE COMPANY,

   Plaintiff,        No. CIV 09-1275 FCD KJM PS

  vs.

JURIN CONSTRUCTION, INC., et al.,

   Defendants.       <u>ORDER</u>

_____/

   Plaintiff's motion for right to attach and writs of attachment came on regularly for hearing June 26, 2009.[1] Michael Lum appeared for plaintiff. No appearance was made for defendant Jurin Construction, Inc.[2] The court has been informed that the individual defendants, Ronald and Wendy Jurin have filed for bankruptcy. <u>See</u> E.D. Cal. Bankruptcy docket no. 09-33132. Accordingly, this action is stayed as against the individual defendants. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of

---

[1] The motion was originally set for hearing before Judge Damrell. By order filed June 25, 2009, the matter was referred to the undersigned.

[2] By order filed June 22, 2009, the answer of defendant Jurin Construction was stricken and defendant was granted 10 days to obtain licensed counsel. Defendant is cautioned that failure to timely appear by counsel may result in entry of default judgment against the defendant corporation.

counsel, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

Plaintiff is entitled to the relief requested.  Plaintiff previously submitted a proposed order (docket no. 19), which lists various properties plaintiff asserts are subject to attachment.  It is not clear from the proposed order which of these properties are assets of the corporation and which are assets of the individual defendants.  Because this action has been stayed as to the individuals, plaintiff shall be directed to submit a revised proposed order itemizing only those properties that are assets of the corporation.

In addition, plaintiff requests that the bond previously submitted in connection with the temporary protective order[3] be rolled over as the bond securing the right to attach order.  That request will be granted.  The revised proposed order shall include such provision.

Accordingly, IT IS HEREBY ORDERED that no later than June 29, 2009, plaintiff shall submit a proposed order incorporating the modifications described above.

DATED: June 26, 2009.

_____
U.S. MAGISTRATE JUDGE

006
firstnatl-jurin.oah

---

[3] The temporary protective order was filed May 22, 2009.  Defendants are advised that transfers of assets in violation of the protective order may result in contempt proceedings.

2