UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JURIN CONSTRUCTION, INC.; RONALD R. JURIN; and WENDY M. JURIN,<br><br>Defendants. | CASE NO. 2:09-cv-1275-FCD-KJM PS<br><br>**RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING**<br><br>**Hearing Information**<br>Date:  June 26, 2009<br>Time:  10:00 a.m.<br>Magistrate Judge Kimberly J. Mueller<br>Courtroom No.:  26 |

The application by plaintiff First National Insurance Company of America ("FNICA") for a right to attach order and order for issuance of writ of attachment on property of defendant Jurin Construction, Inc. ("Jurin Construction") regularly came on for hearing on June 26, 2009 at 10:00 a.m. before Magistrate Judge Kimberly J. Mueller.  Michael Lum appeared for plaintiff.  No appearance was made for defendant Jurin Construction, Inc.  Upon full consideration of the moving and responding papers, all evidence, and the written and oral arguments presented at the hearing the Court finds as follows:

## **FINDINGS ON APPLICATION FOR ATTACHMENT**

1. Defendant Jurin Construction is a corporation.

2. The claim upon which the application is based is one upon which an attachment may be issued.

3. FNICA has established the probable validity of the claim upon which the attachment is based.

4. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.

5. The amount to be secured by the attachment is greater than zero

6. Attachment is proper as to all of the corporate property of Jurin Construction that is subject to attachment pursuant to subdivision (a) of Code of Civil Procedure Section 487.010.

7. Jurin Construction failed to prove that the property described in FNICA's application is exempt from attachment.

## ORDER

Based on the above findings, the Court hereby orders:

1. Plaintiff has a right to attach all property of defendant Jurin Construction that is subject to attachment pursuant to subdivision (a) of Code of Civil Procedure Section 487.010 in the amount of $2,334,012.43.

2. The Clerk shall issue a writ of attachment for all of the property of defendant Jurin Construction that is subject to attachment pursuant to subdivision (a) of Code of Civil Procedure Section 487.010 in the amount of $2,334,012.43.

3. FNICA's undertaking, Bond No. 6370039, previously submitted to this Court on May 22, 2009 to secure its temporary protective order against Jurin Construction shall be rolled over as the undertaking securing this right to attach order and writ of attachment against Jurin Construction.

**IT IS SO ORDERED.**

Dated: June 26, 2009.

_____
U.S. MAGISTRATE JUDGE