IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIRST NATIONAL INSURANCE COMPANY,

    Plaintiff,                              No. CIV 09-1275 FCD KJM PS

    vs.

JURIN CONSTRUCTION, INC., et al.,

    Defendants.                         ORDER

_____/

        This matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21). On October 9, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for entry of default judgment is GRANTED and judgment is awarded against defendant Jurin Construction, Inc. in the amount of $2,334,012.43,

1

1  plus attorney's fees and costs of $55,618.56, for a total judgment of $2,389,630.99;

2          2. There being no just reason for delay, partial final judgment is entered under

3  Federal Rule of Civil Procedure 54(b).

4          3.  The action being stayed as against the remaining defendants due to their filing

5  a bankruptcy petition, the Clerk of Court is directed to administratively close this action.

6  DATED: December 16, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE